# EXHIBIT B



01/03/2013

ALLISHA K TAYLOR
YAMAN F TAYLOR
7515 GARNET DR
JONESBORO, GA 30236-4609

| | |
|---|---|
| Loan Number: | 596410819 |
| Property Address: | 7515 GARNET DR |
| | JONESBORO, GA 30236 |

Dear ALLISHA K TAYLOR and YAMAN F TAYLOR:

You are hereby provided formal notice by Nationstar Mortgage, LLC, the Servicer of the above-referenced loan, on behalf of Government National Mortgage Association, the Creditor to whom the debt is owed, that you are in default under the terms and conditions of the Note and Security Instrument (i.e. Deed of Trust, Mortgage, etc.), for failure to pay the required installments when due.

This letter serves as further notice that Nationstar Mortgage, LLC intends to enforce the provisions of the Note and Security Instrument. You must pay the full amount of the default on this loan by the thirty-fifth (35th) day from the date of this letter which is 02/07/2013 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not pay the full amount of the default, we shall accelerate the entire sum of both principal and interest due and payable, and invoke any remedies provided for in the Note and Security Instrument, including but not limited to the foreclosure sale of the property. If you received a bankruptcy discharge which included this debt, this notice is not intended and does not constitute an attempt to collect a debt against you personally; notice provisions may be contained within your mortgage/deed of trust which notice may be required prior to foreclosure.

You are hereby informed that you have the right to "cure" or reinstate the loan after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense you may have to acceleration and sale.

As of **01/03/2013 the amount of the debt that we are seeking to collect is $3,604.42**, which includes the sum of payments that have come due on and after the date of default 11/01/2012, any late charges, periodic adjustments to the payment amount (if applicable) and expenses of collection. Because of interest, late charges, and other charges or credits that may vary from day to day, or be assessed during the processing of this letter, the amount due on the day that you pay may be greater. Please contact Nationstar Mortgage, LLC at (888) 480-2432 on the day that you intend to pay for the full amount owed on your account. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current delinquency.

Please note, however, that your right to cure this default as referenced herein does not suspend your payment



GEN_NOI
Page 1 of 3

22b9000937

# EXHIBIT C

10343
00253



FILED
CLAYTON CO., GA

2013 MAY 24 AM 11: 29

JACQULINE D. WILLS
CLERK SUPERIOR COURT

15028

When Recorded Return To:
McCurdy and Candler, LLC
Attn: GA Assignment Team
3525 Piedmont Rd, NE
Building 6, Ste 700
Atlanta, GA 30305

INISTRATION, Nationstar Mortgage 2817 COLLEGE PARK, 13 - 02063

## CORPORATE ASSIGNMENT OF SECURITY DEED

Clayton, Georgia
SELLER'S SERVICING #:0596410819 "TAYLOR"
SELLER'S LENDER ID#: 456
POOL #: 456

MERS #: 100194430012918457 SIS #: 1-888-679-6377

Date of Assignment: May 2nd, 2013
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FREMONT INVESTMENT & LOAN, ITS SUCCESSORS AND/OR ASSIGNS at P.O. BOX 2026, FLINT, MI 48501
Assignee: NATIONSTAR MORTGAGE LLC at 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067

Executed By: YAMAN F TAYLOR AND ALLISHA K TAYLOR, HUSBAND AND WIFE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FREMONT INVESTMENT & LOAN
Date of Security Deed: 02/21/2007 Recorded: 02/26/2007 In Book/Reel/Liber: 0902 Page/Folio: 098 In the County of Clayton, State of Georgia.

Property Address: 7515 GARNET DR, JONESBORO, GA 30236

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $131,200.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FREMONT INVESTMENT & LOAN, ITS SUCCESSORS AND/OR ASSIGNS
On 5-3-2013

By:
Traci Garton, Assistant Secretary

WITNESS
Susan Lindhorst

WITNESS

BK 10343 PG253

"CK*CKNATN*05/02/2013 02:41:20 PM* NATT01NATNA00000000000000032239* GACLAYT* 0596410819 GASTATE_MORT_ASSIGN_ASSN **LPNATN*

10607
00027

4593380

24070

FILED
CLAYTON CO. GA

2014 OCT 23 AM 9: 55

JACQULINE D. WILLS
CLERK SUPERIOR COURT

Recording Requested By: Nationstar Mortgage
When Recorded Return To: DOCUMENT ADMINISTRATION, Nationstar Mortgage 2617 COLLEGE PARK,
SCOTTSBLUFF, NE 69361

## CORPORATE ASSIGNMENT OF SECURITY DEED

Clayton, Georgia
SELLER'S SERVICING #:0596410819 "TAYLOR"
SELLER'S LENDER ID#: 468
POOL #: 468

Date of Assignment: September 8th, 2014
Assignor: NATIONSTAR MORTGAGE LLC at 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067
Assignee: NEWCASTLE MORTGAGE SECURITIES TRUST 2007-1 at 383 MADISON AVE, NEW YORK, NY
10179-0001

Executed By: YAMAN F TAYLOR AND ALLISHA K TAYLOR, HUSBAND AND WIFE To: MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FREMONT INVESTMENT & LOAN
Date of Security Deed: 02/21/2007 Recorded: 02/26/2007 in Book/Reel/Liber: 09023 Page/Folio: 098 In the
County of Clayton, State of Georgia.

Property Address: 7515 GARNET DR, JONESBORO, GA 30236

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of
which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said
Mortgage having an original principal sum of $131,200.00 with interest, secured thereby, and the full benefit of all the
powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys
unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the
terms contained in said Mortgage.

NATIONSTAR MORTGAGE LLC
On 9-9-14

By
Janet Osthoff
Assistant Secretary

WITNESS

Melissa Kersenbrock

WITNESS

Tina Rust

STATE OF Nebraska
COUNTY OF Scotts Bluff

On 9-9-2014, before me, _____ Loran C Shaw _____, a Notary Public in
and for Scotts Bluff in the State of Nebraska, personally appeared _____ Janet Osthoff _____, Assistant
Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose
name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Loran C Shaw
Notary Expires: 1/5/2017

GENERAL NOTARY-State of Nebraska
LORAN C SHAW
My Comm. Exp. May 22, 2017

(This area for notarial seal)

BK10607PG027

*CK*CKNATN*09/08/2014 02:16:33 PM* NATT01NATNA00000000000000032239* GACLAYT* 0596410819 GASTATE_MORT_ASSIGN_ASSN **CPNATN*