30 Ivan Allen, Jr. Boulevard, Northwest · Suite 700 · Atlanta, GA 30308-3036    www.balch.com



CHRISTOPHER S. ANULEWICZ
t: (404) 962-3562
f: (866) 320-6758
e: canulewicz@balch.com

April 18, 2016

Courtroom Deputy to the Honorable Amy Totenberg
United States District Court
Northern District of Georgia, Atlanta Division
2388 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

> Re:   Allisha K. Taylor, et al. v. Nationstar Mortgage, LLC, et al.
>        U.S.D.C., Northern District of Georgia, Atlanta Division
>        Civil Action No. 1:15-CV-04403-AT-LTW

To Whom It May Concern:

This letter is to notify you that I plan on taking a leave from the practice of law on the dates below, for the purpose of family vacation. I respectfully request that the above-referenced case not be calendared during the following days:

June 3 through June 5, 2016; and

July 30 through August 6, 2016.

Thank you for your consideration.

Sincerely,

/s/  Christopher S. Anulewicz
Christopher S. Anulewicz

/sgh

cc:   Allisha K. Taylor, via U.S. Mail
       Yaman F. Taylor, via U.S. Mail

215955.1

ALABAMA  I  FLORIDA  I  GEORGIA  I  MISSISSIPPI  I  WASHINGTON, DC