30 Ivan Allen, Jr. Boulevard, Northwest • Suite 700 • Atlanta, GA 30308-3036   www.balch.com



CHRISTOPHER S. ANULEWICZ
t: (404) 962-3562
f: (866) 320-6758
e: canulewicz@balch.com

January 30, 2017

Courtroom Deputy to The Honorable Amy Totenberg
United States District Court
Northern District of Georgia, Atlanta Division
2388 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: Allisha K. Taylor and Yaman F. Taylor v. Nationstar Mortgage LLC
U.S.D.C., Northern District of Georgia, Atlanta Division
Civil Action No. 1:15-CV-04403-AT-LTW

Dear Judge Totenberg:

This letter is to notify you that I plan on taking a leave from the practice of law on the dates below, for the purpose of family vacation. I respectfully request that the above-referenced case not be calendared during the following days:

**March 3 through March 10, 2017; and**

**April 12 through April 17, 2017.**

Thank you for your consideration.

Sincerely,

/s/ Christopher S. Anulewicz
Christopher S. Anulewicz
Georgia Bar No. 020914

CSA/sgh

cc: Allisha Taylor and Yaman Taylor, by U.S. Mail