FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 17 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ALLISHA K TAYLOR and )
YAMAN F TAYLOR )
    Plaintiffs, )
)
v. )
)
NATIONSTAR MORTGAGE, LLC )
)
    Defendant )

Civil Action No:
**1:15-cv-04403-AT-LTW**

## MOTION FOR RECONSIDERATION OF MAGISTRATE'S JUDGE ORDER R&R DOC#34 TO THE HONORABLE DISTRICT JUDGE AMY M. TOTENBERG

COMES NOW Plaintiffs, ALLISHA K. TAYLOR and YAMAN F. TAYLOR, (Plaintiffs) by and through themselves, and requests that the District Judge….Thee Honorable Amy M. Totenberg, reconsider the Magistrate Judge Order (R&R Doc. #34), filed May 4th, 2017. Plaintiffs respectfully object to the Magistrates Non-Final Report and Recommendation (the "R&R") [34] and appeals to the District Judge. The Court should have allowed for discovery to obtain additional information surrounding the Plaintiffs Amended Complaint. Plaintiffs have discovered that the alleged debt has been securitized, thus making any and all transactions after the closing date, **void ab inito.**

The grounds for the motion are further set forth in the plaintiff's memorandum of law in support of their motion for reconsideration.

Respectfully submitted,

Yaman F Taylor
7515 Garnet
Jonesboro, GA 30236
404-819-6299
tayloryaman12@outlook.com

The undersigned hereby certifies that a copy of the foregoing was sent via mail on May 17th 2017 to Defendant's Counsel listed below:

**BALCH & BINGHAM LLP**

**CHRISTOPHER S. ANULEWICZ**

**GEREMY GREGORY**

**BROOKE W. GRAM**

**NATIONSTAR MORTGAGE, LLC**

**30 Ivan Allen Jr. Blvd. N.W. Suite 700**

**Atlanta, Georgia 30308**

**COUNSEL FOR DEFENDANT NATIONSTAR MORTGAGE, LLC**

Yaman Taylor
7515 Garnet Dr
Jonesboro, GA 30236

The undersigned hereby certifies that a copy of the foregoing was sent via mail on May 17th 2017 to Defendant's Counsel listed below:

**BALCH & BINGHAM LLP**

**CHRISTOPHER S. ANULEWICZ**

**GEREMY GREGORY**

**BROOKE W. GRAM**

**NATIONSTAR MORTGAGE, LLC**

**30 Ivan Allen Jr. Blvd. N.W. Suite 700**

**Atlanta, Georgia 30308**

**COUNSEL FOR DEFENDANT NATIONSTAR MORTGAGE, LLC**

Yaman Taylor
7515 Garnet Dr
Jonesboro, GA 30236