# EXHIBIT A

EXHIBIT A

Prospectus Supplement dated July 11, 2007 (To Prospectus dated June 26, 2007)

**$1,036,250,000**

(Approximate)

## NEWCASTLE MORTGAGE SECURITIES TRUST 2007-1

Issuing Entity

## NEWCASTLE INVESTMENT CORP.

Sponsor

## BEAR STEARNS ASSET BACKED SECURITIES I LLC

Depositor

## WELLS FARGO BANK, N.A.

Master Servicer, Securities Administrator and Custodian

## NATIONSTAR MORTGAGE LLC

Servicer

## FREMONT INVESTMENT & LOAN

Originator

## ASSET-BACKED NOTES, SERIES 2007-1

**You should consider carefully the risk factors beginning on page S-11 in this prospectus supplement.**

**The Issuing Entity**

The issuing entity will consist primarily of a pool of fixed and adjustable rate mortgage loans secured

by first and second liens on one- to four-family residential properties, divided into two loan groups.

The issuing entity will issue seventeen classes of notes, all of which are offered under this prospectus

supplement.

### Offered Notes

| Class Designation | Note Interest Rate | Initial Note Principal Balance(1) | Initial Rating (S&P/Moody's) | |
|---|---|---|---|---|
| 1-A-1 Senior | Variable Rate | $370,224,000 | AAA/Aaa | Group 1 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 2-A-1 Senior | Variable Rate | $285,332,000 | AAA/Aaa | Group 2 |
| 2-A-2 Senior | Variable Rate | $ 27,683,000 | AAA/Aaa | Group 2 |
| 2-A-3 Senior | Variable Rate | $ 77,257,000 | AAA/Aaa | Group 2 |
| 2-A-4 Senior | Variable Rate | $ 39,130,000 | AAA/Aaa | Group 2 |
| M-1 Subordinate | Variable Rate | $ 42,429,000 | AA+/Aa1 | Crossed |
| M-2 Subordinate | Variable Rate | $ 41,341,000 | AA+/Aa2 | Crossed |
| M-3 Subordinate | Variable Rate | $ 25,022,000 | AA/Aa3 | Crossed |
| M-4 Subordinate | Variable Rate | $ 22,846,000 | AA/A1 | Crossed |

3

| | | | | |
|---|---|---|---|---|
| M-5 Subordinate | Variable Rate | $ 21,215,000 | AA-/A2 | Crossed |
| M-6 Subordinate | Variable Rate | $ 18,495,000 | A+/A3 | Crossed |
| M-7-A Subordinate | Variable Rate | $ 5,000,000 | A/Baa1 | Crossed |
| M-7-B Subordinate | Variable Rate | $ 12,407,000 | A/Baa1 | Crossed |
| M-8-A Subordinate | Variable Rate | $ 3,500,000 | BBB+/Baa2 | Crossed |
| M-8-B Subordinate | Variable Rate | $ 12,275,000 | BBB+/Baa2 | Crossed |
| M-9 Subordinate | Variable Rate | $ 14,143,000 | BBB/Baa3 | Crossed |

## EXHIBIT A

M-10       Variable Rate       $ 17,951,000       BBB-/NR       Crossed
Subordinate

_____

_____

Total Notes:                $1,036,250,000

_____

_____

(1) Approximate.  The initial note  principal  balance of each class is subject to a variance

of plus or minus 10%.

**Other Information:**

The note  interest  rates on the  offered  notes are  described  in detail  under the headings  "Summary—

Description of the Notes — Note Interest Rates" in this prospectus supplement.

**Credit Enhancement**

o     the  offered  notes  will  have  credit  enhancement  in  the  form  of subordination,

overcollateralization and excess interest.

**The  holders of the notes will also have the benefit of an interest  rate swap  agreement  and an interest**

**rate cap agreement, each as described herein.**

# EXHIBIT A

**Neither the Securities and Exchange Commission nor any state securities commission has approved or**

**disapproved of these securities or passed upon the adequacy of this prospectus. Any representation to**

**the contrary is a criminal offense.**

**The Attorney General of the state of New York has not passed on or endorsed the merits of this offering.**

**Any representation to the contrary is unlawful.**

Bear, Stearns & Co. Inc., as underwriter, will purchase the offered notes (other than the Class M-7-B,

Class M-8-B, Class M-9 and Class M-10 Notes) from the depositor. The Class M-7-B, Class M-8-B, Class

M-9 and Class M-10 Notes will not be purchased by the underwriter but will be transferred to the seller

or its designee on the closing date as partial consideration for the sale of the mortgage loans to the

depositor. See "Method of Distribution" in this prospectus supplement.

**Bear, Stearns & Co. Inc.**

**Underwriter**

# EXHIBIT A

## Important Notice About Information Presented In This

## Prospectus Supplement And The Accompanying Prospectus

**You are encouraged to rely only on the information contained in this document. We have not authorized**

**anyone to provide you with different information.**

We provide information to you about the offered notes in two separate documents that progressively

provide more detail:

o    the accompanying prospectus, which provides general information, some of which may not apply to

    this series of notes; and

o    this prospectus supplement, which describes the specific terms of this series of notes and may

    be different from the information in the accompanying prospectus.

Annex I and Schedule A are incorporated into and are a part of this prospectus supplement as if fully

set forth in this prospectus supplement

The description of your notes, as described in this prospectus supplement, is intended to supplement the

related description in the accompanying prospectus.

## EXHIBIT A

Some of the statements contained in or incorporated by reference in this prospectus supplement and the

accompanying prospectus consist of forward-looking statements relating to future economic performance or

projections and other financial items. These statements can be identified by the use of forward-looking

words such as "may," "will," "should," "expects," "believes," "anticipates," "estimates," or other

comparable words. Forward-looking statements are subject to a variety of risks and uncertainties that

could cause actual results to differ from the projected results. Those risks and uncertainties include,

among others, general economic and business conditions, regulatory initiatives and compliance with

governmental regulations, customer preferences and various other matters, many of which are beyond our

control. Because we cannot predict the future, what actually happens may be very different from what we

predict in our forward-looking statements.


The discussion contained in this prospectus supplement as to tax considerations is not intended or

written to be used, and cannot be used, for the purpose of avoiding United States federal income tax

penalties. Such discussion is written to support the promotion or marketing of the transactions or

matters addressed in this prospectus supplement. Each taxpayer should seek advice based on the

taxpayer's particular circumstances from an independent tax advisor.

8

The depositor's principal offices are located at 383 Madison Avenue, New York, New York 10179 and its

phone number is (212) 272-2000.

---

## European Economic Area

In relation to each Member State of the European Economic Area which has implemented the

Prospectus Directive (referred to in this prospectus supplement as a Relevant Member State), the

Underwriter has represented and agreed that with effect from and including the date on which the

Prospectus Directive is implemented in that Relevant Member State (referred to in this prospectus

supplement as a Relevant Implementation Date) it has not made and will not make an offer of notes to the

public in that Relevant Member State prior to the publication of a prospectus in relation to the notes

which has been approved by the competent authority in that Relevant Member State or, where appropriate,

approved in another Relevant Member State and notified to the competent authority in that Relevant

Member State, all in accordance with the Prospectus Directive, except that it may, with effect from and

including the Relevant Implementation Date, make an offer of notes to the public in that Relevant Member

State at any time:

(a)     to legal entities which are authorized or regulated to operate in the financial markets or, if

    not so authorized or regulated, whose corporate purpose is solely to invest in securities;

(b)     to any legal entity which has two or more of (1) an average of at least 250 employees during

    the last financial year; (2) a total balance sheet of more than €43,000,000 and (3) an annual

    net turnover of more than €50,000,000, as shown in its last annual or consolidated accounts; or

(c)     in any other circumstances which do not require the publication by the Issuer of a prospectus

    pursuant to Article 3 of the Prospectus Directive.

    For the purposes of this provision, the expression an "offer of notes to the public" in

relation to any notes in any Relevant Member State means the communication in any form and by any means

of sufficient information on the terms of the offer and the notes to be offered so as to enable an

investor to decide to purchase or subscribe the notes, as the same may be varied in that Member State by

any measure implementing the Prospectus Directive in that Member State and the expression referred to in

this prospectus supplement as Prospectus Directive means Directive 2003/71/EC and includes any relevant

implementing measure in each Relevant Member State.

### United Kingdom

The underwriter has represented and agreed that:

(a)     it has only communicated or caused to be communicated and will only communicate or cause to be

communicated an invitation or inducement to engage in investment activity (within the meaning

of Section 21 of the FSMA) received by it in connection with the issue or sale of the notes in

circumstances in which Section 21(1) of the FSMA does not apply to the Issuer; and

(b)     it has complied and will comply with all applicable provisions of the FSMA with respect to

anything done by it in relation to the notes in, from or otherwise involving the United Kingdom.

EXHIBIT A

## TABLE OF CONTENTS

## PROSPECTUS SUPPLEMENTS

SUMMARY OF PROSPECTUS SUPPLEMENT..................S-1

TRANSACTION STRUCTURE............................S-10

RISK FACTORS.....................................S-11

LEGAL PROCEEDINGS................................S-29

AFFILIATIONS, RELATIONSHIPS AND
RELATED TRANSACTIONS.............................S-29

THE MORTGAGE POOL................................S-30

STATIC POOL INFORMATION..........................S-34

THE DEPOSITOR....................................S-34

THE SPONSOR......................................S-35

THE SELLER.......................................S-35

THE MASTER SERVICER AND THE SERVICER.............S-35

MORTGAGE LOAN ORIGINATION........................S-41

DESCRIPTION OF THE NOTES.........................S-48

YIELD ON THE OFFERED NOTES.......................S-72

THE INDENTURE....................................S-93

THE SALE AND SERVICING AGREEMENT................S-106

FEDERAL INCOME TAX CONSEQUENCES.................S-112

## EXHIBIT A

SECONDARY MARKET................................S-114

LEGAL OPINIONS..................................S-114

RATINGS.........................................S-114

METHOD OF DISTRIBUTION..........................S-115

LEGAL INVESTMENT................................S-116

AVAILABLE INFORMATION...........................S-117

ERISA CONSIDERATIONS............................S-118

GLOSSARY........................................S-120

ANNEX I.........................................AX-1

SCHEDULE A......................................A-1

SCHEDULE B......................................B-1

SCHEDULE C......................................C-1

## PROSPECTUS

INTRODUCTION..........................................4

RISK FACTORS..........................................6

THE MORTGAGE POOLS...................................12

STATIC POOL INFORMATION..............................24

SERVICING OF MORTGAGE LOANS..........................24

DESCRIPTION OF THE SECURITIES........................31

DESCRIPTION OF CREDIT ENHANCEMENT....................50

OTHER FINANCIAL OBLIGATIONS RELATED

# EXHIBIT A

TO THE SECURITIES...................................55

DESCRIPTION OF PRIMARY MORTGAGE

INSURANCE, HAZARD INSURANCE; CLAIMS

THEREUNDER...........................................57

THE SPONSOR..........................................60

THE DEPOSITOR........................................61

THE AGREEMENTS.......................................61

YIELD CONSIDERATIONS.................................72

MATURITY AND PREPAYMENT CONSIDERATIONS...............74

LEGAL ASPECTS OF MORTGAGE LOANS......................75

FEDERAL INCOME TAX CONSEQUENCES......................92

PENALTY AVOIDANCE...................................117

STATE AND OTHER TAX CONSEQUENCES....................118

ERISA CONSIDERATIONS................................118

LEGAL INVESTMENT MATTERS............................128

USE OF PROCEEDS.....................................129

METHODS OF DISTRIBUTION.............................129

LEGAL MATTERS.......................................130

FINANCIAL INFORMATION...............................130

RATINGS.............................................131

AVAILABLE INFORMATION...............................131

REPORTS TO SECURITYHOLDERS..........................131

INCORPORATION OF INFORMATION BY REFERENCE...........132

GLOSSARY............................................133

14

## SUMMARY OF PROSPECTUS SUPPLEMENT

The  following  summary  is a very broad  overview  of the  offered  notes
and does not  contain all of the

information  that you should consider in making your investment
decision.  To understand all of the terms

of the offered notes,  read  carefully this entire  prospectus  supplement
and the entire  prospectus.  A

glossary is included at the end of this prospectus  supplement.  Capitalized
terms used but not defined in

the glossary at the end of this prospectus  supplement have the meanings
assigned to them in the glossary

at the end of the accompanying prospectus.


Issuing Entity....................... Newcastle  Mortgage  Securities  Trust 2007-1, a
Delaware statutory

        trust.


Title of Series...................... Newcastle  Mortgage  Securities  Trust,  Mortgage-
Backed  Notes,

        Series 2007-1.

# EXHIBIT A

Cut-off Date......................... June 1, 2007.

Closing Date......................... On or about July 12, 2007.

Depositor............................ Bear Stearns Asset Backed Securities I LLC, a Delaware limited

liability company and a limited purpose finance subsidiary of

The Bear Stearns Companies Inc. and an affiliate of Bear,

Stearns & Co. Inc. and Bear Stearns Financial Products Inc.

Sponsor.............................. Newcastle Investment Corp.

Master Servicer, Securities

Administrator and Custodian......... Wells Fargo Bank, N.A.

Servicer............................. Nationstar Mortgage LLC.

Originator........................... Fremont Investment & Loan.

Seller............................... NIC WL II LLC, an indirect wholly owned subsidiary of the

sponsor.

# EXHIBIT A

Indenture Trustee.................... The Bank of New York.

Owner Trustee....................... Wilmington Trust Company.

Derivatives Provider................ Bear Stearns Financial Products Inc.

Payment Dates....................... Payments on the offered notes will be made on the 25th day of

each month, or, if such day is not a business day, on the next

succeeding business day, beginning in July 2007.

Offered Notes....................... The classes of offered notes, their note interest rates and note

principal balances are set forth on the front page to this

prospectus supplement.

---

The Issuing Entity

The depositor will establish a Delaware statutory trust, the Newcastle Mortgage Securities Trust 2007-1,

## EXHIBIT A

with respect to the Newcastle Mortgage Securities Trust, Asset-Backed Notes, Series 2007-1, pursuant to

a short form trust agreement, among the sponsor, the depositor and the owner trustee, as amended by the

amended and restated trust agreement, among the depositor, the owner trustee and Wells Fargo Bank, N.A.,

as securities administrator. The issuing entity is also referred to as the "trust" in this prospectus

supplement. On the closing date, pursuant to an indenture, among the issuing entity, the indenture

trustee and the securities administrator, the issuing entity will issue the notes. The beneficial

ownership interest in the issuing entity will be represented by the owner trust certificates, which are

not offered by this prospectus supplement.


Payments of interest and principal on the offered notes will be made from payments received from assets

of the issuing entity as described in this prospectus supplement.


See "Description of the Notes" in this prospectus supplement.


The Originator


All of the mortgage loans to be included in the trust were originated or acquired by Fremont Investment

& Loan, a California industrial bank. The originator will make representations and warranties with

respect to the mortgage loans and will have obligations with respect to the repurchase and substitution

of the mortgage loans. Fremont General Corporation, the parent of the originator, has guaranteed the

obligations of the originator.

The Mortgage Loans

The issuing entity will contain 4,648 first and second lien, adjustable rate and fixed rate mortgage

loans secured by one- to four-family residential real properties and individual condominium units. The

mortgage loans have an aggregate principal balance of approximately $1,087,927,706 as of the cut-off

date.

After an initial fixed-rate period of two, three or five years, as applicable, the interest rate on

each adjustable rate mortgage loan will be adjusted semi-annually based on Six-Month LIBOR to equal the

index plus a fixed percentage set forth in or computed in accordance with the related note subject to

rounding and to certain other limitations, including an initial cap, a subsequent periodic cap on each

adjustment date and a maximum lifetime mortgage rate, all as more fully described under "The Mortgage

Pool" in this prospectus supplement. As to each mortgage loan, the servicer will be responsible for

calculating and implementing interest rate adjustments.

The mortgage loans have been divided into two loan groups, each referred to in this prospectus

supplement as a loan group and designated as loan group 1 and loan group 2 as more fully described below

and in Schedule A to this prospectus supplement. The Class 1-A-1 Notes will be entitled to receive

payments with respect to the mortgage loans in loan group 1, except under the limited circumstances

described in this prospectus supplement. The Class 2-A-1 Notes, Class 2-A-2 Notes, Class 2-A-3 Notes and

Class 2-A-4 Notes will be entitled to receive payments with respect to the mortgage loans in loan group

2, except under the limited circumstances described in this prospectus supplement. The Class M-1, Class

M-2, Class M-3, Class M-4, Class M-5, Class M-6, Class M-7-A, Class M-7-B, Class M-8-A, Class M-8-B,

Class M-9 and Class M-10 Notes will be entitled to receive payments from both loan groups, as more fully

described in this prospectus supplement.


Total Pool

The following table summarizes the approximate characteristics of all of the mortgage loans as of the

cut-off date:

Exhibit A

## TRANSACTION STRUCTURE



21