# EXHIBIT B

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO:

Allisha Ki Taylor and Yaman Taylor

7515 Garnet Drive

Jonesboro, GA 30236

FILED
CLAYTON CO., GA

2014 OCT 28 PM 4:00

JACQULINE D. WILLS
CLERK SUPERIOR COURT
24487

# DECLARATION OF ASSIGNEE'S UPDATE OF LAND GRANT

TO WHOMEVER IT MAY CONCERN:

This DECLARATION is directed to be attached to all deeds and/or conveyances in the name of the parties above shown as requesting recording of this document, in a manner known as nunc pro tunc (as it should have been from the beginning).

KNOWN YE ALL MEN THAT BY THESE PRESENTS:  WE **Allisha Ki Taylor and Yaman Taylor** DO SEVERALLY CERTIFY AND DECLARE THAT WE BRING UP THE LAND GRANT IN OUR NAME.  THE ASSIGNEE TO THE LAND GRANT THAT IS FILED AND KNOWN AS, THE 4TH GEORGIA LAND LOTTERIES OF 1821:  REGISTERED AS 1821 LAND LOTTERY HENRY COUNTY REGISTER OF GRANTS

SAID COPY OF WHICH IS ATTACHED HERETO.

1. WE, FURTHER CERTIFY THAT WE ARE THE ASSIGNEE TO A PORTION OF SAID GRANT WHICH IS LEGALLY DESCRIBED AS ATTACHED HERETO AND MADE PART HERETO AND MADE APART HEREOF BEING THE ONLY WAY A PERFECT, PARAMOUNT, AND ALLODIAL TITLE CAN BE HAD IN OUR NAME, AND PARTICULARLY THE FOLLOWING DESCRIBED LAND SO SOUGHT TO BE GRANTED:

All that tract or parcel of land lying and being in Land Lot 208 of the 13th District, Clayton County Georgia, being Lot 32, of The Retreat At O'Hara Drive Subdivision, as per plat therof recorded in Plat Book 37, page 58, revised at Plat Book 37, Pages 83-90, Clayton County, Georgia Records, which recorded plat is incorporated herein by reference and made a part of this description.

2. NOTICE OF PRE-EMPTIVE RIGHT. PURSUANT TO THE DECLARATION OF INDEPENDENCE(1776), THE TREATY OF PEACE WITH GREAT BRITAIN (8STAT) KNOWN AS THE TREATY OF PARIS [1793] AN ACT OF CONGRESS [3STAT.566, APRIL 24, 1824], THE OREGON TREATY [9STAT.869, JUNE 15, 1846], THE HOMESTEAD ACT [12STAT.392, 1862] AND 43 USC SECTIONS 57, 59, AND 83; THE RECEIPIENT HEREOF IS MANDATED BY ART. VI SECTIONS 1, 2, AND 3; ART. IV SECTIONS I CL. 1&2; SECTION 2 CL. 1 8t 2; SECTION 4; THE 4TH, 7TH, 9TH, AND 10TH AMENDMENTS [U.S. CONSTITUTION, 1781-91] TO ACKNOWLEDGE ASSIGNEE'S UPDATE OF GRANT OR PATENT PROSECUTED BY AUTHORITY OF ART. III SECTION 2 CL. 1&2 ENFORCED BY ORIGINAL/EXCLUSIVE JURISDICTION THEREUNDER AND IT IS THE ONLY WAY TO PERFECT TITLE CAN BE HAD IN MY NAME, WILCOX vs JACKSON, 13 PET. (U.S.) 498, 101. ED 264; ALL QUESTIONS OF FACT DECIDED BY THE GENERAL LAND OFFICE ARE BINDING EVERYWHERE. AND INJUNCTIONS AND MANDAMUS PROCEEDING WILL NOT LIE AGAINST IT, LITCHFIELD vs. THE REGISTER, 9 WALL (U.S.) 575, 19L. ED. 681. THIS DOCUMENT IS INSTRUCTED TO BE ATTACHED TO ALL DEEDS AND/OR CONVEYANCE IN THE NAME OF THE ABOVE PARTY.

3. LAWS OF THE LAND; THIS GRANT IS PROTECTED THROUGH THE CREATION ON THE LAWS OF THE STATE OF GEORGIA OF THE GENERAL ASSEMBLY OF DEC. 1837; THE CONSTITUTION OF THE UNITED STATES; THE CONSTITUION OF THE STATE OF GEORGIA AS AMENDED; HIS EXCELLENCY JOHN CLARK GOVERNOR AND COMMANDER IN CHIEF OF THE ARMY AND NAVY OF THIS STATE, AND OF THE MILITIA THEREOF; AN ACT TO MAKE DISTRIBUTION OF THE LATE CESSION OF LANDS, OBTAINED FROM THE CREEK NATION BY THE UNITED STATES COMMISSIONERS, IN A TREATY ENTERED INTO AT OR NEAR FORT WILKINSON, ON THE 16TH DAY OF JUNE, 1802-APPROVED MAY 11, 1803. VOL II. 100.; AN ACT TO DISPOSE OF AND DISTRIBUTE THE LANDS LATELY ACQUIRED BY THE UNITED STATES FOR THE USE OF GEORGIA, OF THE CREEK NATION OF INDIANS, BY A TREATY MADE AND CONCLUDED AT THE INDIAN SPRINGS, ON THE 8TH DAY OF JANUARY, 1821; AND TO ADD THE RESERVE AT FORT HAWKINS TO THE COUNTY OF JONES APPROVED MAY 15, 1821. VOL IV. 246; THIS EMBRACES THE TERRITORY BETWEEN THE OCMULGEE AND FLINT, ABOVE IRWIN AND BELOW COBB COUNTY.

4. Legal description of HENRY COUNTY

ALL THAT PART OF SAID TERRITORY WHICH LIES EAST OF THE LAST-MENTIONED LINE, AND A LINE COMMENCING AT THE CORNER OF MONROE COUNTY TO THE CHATTAHOOHEE, SHALL FORM ONE OTHER COUNTY TO BE CALLED HENRY.

B 2

5. DISCLAIMER; NO CLAIM IS MADE HEREIN THAT WE HAVE BEEN ASSIGNED THE ENTIRE TRACT OF LAND AS DESCRIBED IN ORIGINAL GRANT, OUR ASSIGNMENT IS INCLUSIVE ONLY TO THE ATTACHED OR ABOVE LISTED LEGAL DESCRIPTION. THE FILING OF THIS DECLARATION OF LAND GRANT SHALL NOT DENY OR INFRINGE ON ANY RIGHT, PRIVILEGE OR IMMUNITY OR ANY OTHER ASSIGNEE TO ANY OTHER PORTION OF LAND COVERED IN THE ABOVE DESCRIBED GRANT.

MEMORANDUM OF LAW ON RIGHTS, PRIVILEGES AND IMMUNITIES

ALLODIAL, FREE; NOT HOLDEN OR ANY LORD OR SUPERIOR; OWNED WITHOUT OBLIGATION OF VASSALAGE OR FEALTY: THE OPPOSITE OF FEUDAL. Baker V. Dayton, 28 Wis. 384; Wallace V. Harmstad, 44 Pa. 499: (Black's Law Dictionary, 4th Edition).

ALLODIUM. LAND HELD ABSOLUTELY IN ONE'S OWN

RIGHT, AND NOT OF ANY SUPERIOR; LAND NOT SUBJECT TO

THE GRANT ALONE PASSES LAND FROM the united States of America TO THE STATE OF GEORGIA TO THE GRANTEE AND NOTHING PASSES A PERFECT TITLE TO PUBLIC LANDS BUT A GRANT/PATENT. Wilcox v. Jackson, 13 Peter (US) 498;

AS ASSIGNEE, WHETHER HE BE THE FIRST, SECOND OR THIRD PARTY TO WHOM THE TITLE IS CONVEYED SHALL LOSE NONE OF THE ORIGINAL RIGHTS PRIVILEGES OR IMMUNITIES OF THE ORIGINAL GRANTEE OF LAND GRANT/PATENT. The U.S. Constitution STATES IN ARTICLE I, SECTION 10, CLAUSE 1, "No state shall ... impair the obligations of contract.";

IMMUNITY FROM COLLATERAL ATTACK: Collins v. Bartlett, 44Cal 371: Webber v. Pere Marquete Boom Co., 62 Mich 626, 30 NW 469: Surgest v. Dow, 24 Miss 118L Pittsmont: Copper Co. v. Vanina, 71 Mont 44 Pac 461 Green v. Barker, 47 Neb 934 66 NW 1032.

B 3

Acknowledgment/Jurat

DATE: _10/24_____ 2014 _____
Signature: Allisha Ki Taylor

DATE: _10/24/14_ 2014 _____
Signature: Yaman Taylor

Witness _____ M. Her June

STATE OF GEORGIA
COUNTY OF CLAYTON

On this _24th_ day of _October_____, _Friday____ before me,
_Elizabeth B. Yancey_____, personally appeared Allisha Ki Taylor and Yaman Taylor, known to
me (or satisfactorily proven) to the person whose name is subscribed to the within instrument and
acknowledged that he/she executed the same as Homestead for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal
Elizabeth B Yancey
Notary Public, Clayton County, GA
My Commission Expires June 24, 2016

_____
Notary Public

_____
Title (and Rank)
My commission expires _June 24th 2016_

| Documents | Grantee Assignee Notice of update of Land Grant, Stapled 4 pages |
|---|---|
| Exhibit A | Original Land Grant from Georgia Division of Archives and History, 4 pages, |
| Exhibit B | Certified Plat, 1 Page, |
| Exhibit C | Certified Warranty Deed |
| Exhibit D | Homestead declaration, 2 pages. |

B 4

# STATE OF GEORGIA



The Georgia Archives, University System of Georgia

I, Christopher M. Davidson, J.D., Director of The Georgia Archives, do hereby certify that the one page document hereto attached and made part of this certificate is a true and correct copy of page 157 of 1821 Land Lottery Henry County Register of Grants, showing Henry County, District 13, Land Lot 208, and I further certify that the described grant book is on file and of official record in the Archives of the State of Georgia.

IN TESTIMONY WHEREOF, I have set my hand and affixed the Official Seal of the State of Georgia this tenth day of June, 2014

*Christopher M. Davidson*

Director, The Georgia Archives



B 5

PHOTOCOPY FROM

1821 Land Lottery Grant

Henry County Dist. 13

Lot 208 pag 157.

Georgia Archives
Date. 6/10/2014

B 6

# STATE OF GEORGIA

By His Excellency G. M. Troup

Governor and Commander in Chief of the Army and Navy of this State

and of the Militia thereof.

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

KNOW YE, That in pursuance of an act of the General Assembly, passed the 15th of May, 1821, for making distribution of the land lately acquired of the Creek Nation of Indians, and forming the counties of Dooly, Houston, Monroe, Fayette, and Henry, to wit: I HAVE GIVEN AND GRANTED, and by these presents, in the name and behalf of this State, DO GIVE AND GRANT, unto

Samuel Reids Orphans of Henry's District
Henry County three —

heirs and assigns forever, all that Tract or Lot of Land, containing two hundred two and a half acres, situate, lying, and being in the Thirteenth

District of Henry 2, county, in the said State, which said Tract or Lot of Land is known and distinguished in the plan of said district by the Number two hundred and eight — having such shape, form, and marks, as appear by a plat of the same hereunto annexed: To have and to hold the said Tract or Lot of Land, together with all and singular the rights, members, and appurtenances thereof, whatsoever, unto the said Samuel Reids Orphans their heirs and assigns; to their and their proper use, benefit and behoof forever in fee simple.

GIVEN under my hand and the Great Seal of the State, this Twelfth

day of January in the year of our Lord eighteen hundred and Twenty six and of the fifty fifth year of American

Independence

Signed by His Excellency the Governor, the
13th day of 1826

G. M. Troup.

C. H. — S. E. D.

Registered the day of January 1826

B 7



# REVISED FINAL PLAT OF THE RETREAT AT O'HARA DRIVE

## CONTACTS

## VICINITY MAP

## GENERAL SUBDIVISION NOTES, ZONING STIPULATIONS AND AMENDMENTS

## SURVEY NOTES

REVISED FINAL PLAT OF
THE RETREAT AT
O'HARA DRIVE
LOCATED IN LAND LOT 40 OF THE 12TH DISTRICT AND
LAND LOT 201 OF THE 13TH DISTRICT, CLAYTON COUNTY, GEORGIA

| NO. | DATE | DESCRIPTION | BY |
|---|---|---|---|
| 1 | 8-05-05 | REVISED PER CLAYTON COUNTY REVIEW | DDA |
| 2 | 8.23.05 | ADDED DRAINAGE EASEMENTS PER | DDA |
| 3 | | HOMEBUILDERS DIRECTION | |
| 4 | 8.23.05 | CHANGED MH #131 STREET ADDRESS | DDA |

ashford engineers south, llc
350 Virginia Highlands
Fayetteville, Georgia 30215
678-817-6656  Fax 678-817-6777
civil engineer · land planning · environmental services

SHEET NUMBER
1 OF 8

B 9

CLAYTON COUNTY NOTES:

| NO. | DATE | DESCRIPTION | BY |
|---|---|---|---|
| 1 | 8.26.05 | REVISED FOR CLAYTON COUNTY REVIEW | DDA |

ashford engineers south, llc
250 Virginia Highlands
Fayetteville, Georgia 30215
678-817-6850    Fax 678-817-6777
civil engineers - land planning

REVISED FINAL PLAT OF
THE RETREAT AT
O'HARA DRIVE
LOCATED IN LAND LOT 265 OF THE 13TH DISTRICT, CLAYTON COUNTY, GEORGIA

10
OF
22

© 2005 Ashford Engineers South, LLC

ashford engineers south, llc
350 Virginia Highlands
Fayetteville, Georgia 30215
678-817-6866   Fax 678-817-6777
civil engineers — land planning

| NO. | DATE | DESCRIPTION | BY |
|-----|------|-------------|-----|
| 1 | 8.30.05 | REVISED PER CLAYTON COUNTY REVIEW | EDA |

| ACTIVITY | NAME | SCALES | NONE |
|----------|------|--------|------|
| DESIGNED BY: | EDA | | |
| DRAWN BY: | EDA | DATE: | 5-10-05 |
| CHECKED BY: | EDA | | |
| APPROVED BY: | RCB | JOB NO. | |
| REGISTRATION NO. | CO. 27006 | | 04-C7007 |

REVISED FINAL PLAT OF
THE RETREAT AT
O'HARA DRIVE

LOCATED IN LAND LOT 42 OF THE 12TH DISTRICT AND
LAND LOT 286 OF THE 13TH DISTRICT, CLAYTON COUNTY, GEORGIA

© 2005 Ashford Engineers South, LLC

## LEGEND

PROPERTY LINE
ADJOINER LINE
EASEMENT
SETBACK

SANITARY SEWER PIPES

SANITARY SEWER MANHOLES

PROPOSED STORM SEWER STRUCTURES

PROPOSED STORM SEWER PIPES

PROPOSED STORM SEWER STRUCTURES

| NO. | DATE | DESCRIPTION | BY |
|---|---|---|---|
| 1 | | REVISED PER CLAYTON COUNTY REVIEW | |

**ashford engineers south, llc**
350 Virginia Highlands
Fayetteville, Georgia 30215
670-617-6856   Fax 670-617-6777

| AGENCY | | SCALE |
|---|---|---|
| DESIGNED BY: | | NONE |
| DRAWN BY: | | |
| CHECKED BY: | | DATE: 5-16-05 |
| APPROVED BY: | | JOB NO. 04-CY007 |

REVISED FINAL PLAT OF
THE RETREAT AT
O'HARA DRIVE

LOCATED IN LAND LOT 40 OF THE 12TH DISTRICT AND
LAND LOT 226 OF THE 12TH DISTRICT, CLAYTON COUNTY, GEORGIA

SHEET 4 OF 8



REVISED FINAL PLAT OF
THE RETREAT AT
O'HARA DRIVE

B 12



REVISED FINAL PLAT OF
THE RETREAT AT
O'HARA DRIVE

LOCATED IN LAND LOT 46 OF THE 12TH DISTRICT AND
LAND LOT 206 OF THE 13TH DISTRICT, CLAYTON COUNTY, GEORGIA

ashford engineers south, llc



B 14



REVISED FINAL PLAT OF
THE RETREAT AT
O'HARA DRIVE

## EXHIBIT A

All that tract or parcel of land lying and being in Land Lot 208 of the 13th District, Clayton County, Georgia, being Lot 32, of The Retreat At O'Hara Drive Subdivision, as per plat thereof recorded in Plat Book 37, page 58, revised at Plat Book 37, Pages 83-90, Clayton County, Georgia Records, which recorded plat is incorporated herein by reference and made a part of this description.

7515 Garnet Drive, Jonesboro, GA, 30236
Legal Description

Exhibit A (Legal Description-Lease).rtv
LJ SR 09/28/06

BK09023PG0197

CYD-070100000S
02/20/07 @ 02:23-PM

B 16

FILED
CLAYTON CO., GA

2007 FEB 26  PM 4:39

LINDA T. MILLER
CLERK SUPERIOR COURT

Return to:
Morris|Hardwick|Schneider, LLC
1371 Dogwood Drive SW
Conyers, GA 30012
File #:  CYD-070100050S

Clayton County, Georgia
Real Estate Transfer Tax
Paid ___164.00___
Date ___2-26-0?___
Linda T. Miller
Clerk, Superior Court

WARRANTY DEED

State of Georgia
County of Rockdale

THIS INDENTURE made this the ___21st___ day of ___February___, 2007 between

Franklin Builders Inc.

as party or parties of the first part, hereinafter called Grantor, and

___ALLISHA K. TAYLOR___ and ___YAMAN P. TAYLOR___

as Joint Tenants with Rights of Survivorship and not as Tenants in Common

as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

WITNESSETH that: Grantor, for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable consideration in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee, the following described property:

See Exhibit "A" attached hereto and incorporated herein by reference for a more complete description.

Subject to all easements and restrictions of record.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee, forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in the presence of:

_Lire Troyer_
Witness

_Angie Olbut_
Notary Public
My Commission Expires:

Franklin Builders Inc.

_____ (Seal)
By: Catherine Downey, Vice-President

(Corporate Seal)

Deed Ga. WarrantyDeed JT.rdw
LJ - ER. 09/22/06



B 18

When Recorded, Return to:

Allisha Ki Taylor and Yaman Taylor
7515 Garnet Drive
Jonesboro, GA 30236

# DECLARATION OF HOMESTEAD

1. WE, Allisha Ki Taylor and Yaman Taylor, DO HEREBY DELCARE:

2. THAT ARE MAILING ADDRESS FOR HOMESTEAD IS:

    7515 Garnet Drive

    Jonesboro, GA 30236

3. We are now residing on the Land and premises located in the city of Jonesboro, County of Clayton, State of Georgia, known and legally described as:

All that tract or parcel of land lying and being in Land Lot 208 of the 13th District, Clayton County Georgia, being Lot 32, of The Retreat At O'Hara Drive Subdivision, as per plat therof recorded in Plat Book 37, page 58, revised at Plat Book 37, Pages 83-90, Clayton County, Georgia Records, which recorded plat is incorporated herein by reference and made a part of this description.

4. We are DECLARING HOMESTEAD.

5. NO FORMER DECLARATION OF HOMESTEAD HAS BEEN MADE BY US EXCEPT AS HAS BEEN ABANDONED.

DATE: 1)/24      2014

Signature: Allisha Ki Taylor

DATE: 10/34      2014

Signature: Yaman Taylor

1

B 19

STATE OF GEORGIA
COUNTY OF CLAYTON

YAMAN F. TAYLOR

I ALLISHA K. TAYLOR being duly sworn on oath, deposes and says: that as signer to this
DECLARATION OF HOMESTEAD, all statements made herein are true and correct to the best of my
knowledge and belief.
On this _24th_ day of _October_ , _Friday_ before me,
Elizabeth Yancey , personally appeared Allisha Ki Taylor and Yaman Taylor, know to me
(or satisfactorily proven) to the person whose name is subscribed to the within instrument and
acknowledged that he/she executed the same as Homestead for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal

Elizabeth B Yancey
Notary Public, Clayton County, GA
My Commission Expires June 24, 2016

Notary Public

Executive Manager

Title (and Rank)
My commission expires _June 24th 2014_

2

B 20

I, Jacquline D. Wills, Clerk, Clayton County Superior Court, do hereby certify that this is a true and exact copy of a ____ FE.F. ____ as appears of record in my office in ____

Book 27 Page 82 gu

Witness my hand and seal of office this 8th day of ____ 20__

____ Deputy Clerk



B 21