# EXHIBIT D

Allisha Ki Taylor and Yaman Taylor
7515 Garnet Drive
Jonesboro, GA 30236

# REQUEST FOR ADMISSIONS

TO: NATIONSTAR MORTGAGE, LLC         27 January 2015
Attn: Customer Research Team
Irving, TX 75063

Re: Request For Admissions
    Name:                 Allisha Ki and Yaman Taylor
    Property Address:   7515 Garnet Drive
    Loan Number:       #1-0596410819     #2- 0596410821
    Reference # NSM-11-14-84182

Dear NATIONSTAR,

I refer to the care package dated on the 1st and 24th of December 2014.

You did not answer my requests point by point as required by law. I had requested that you provided proof of claim. A copy of the security instrument is not a sufficient proof of claim as per U.C.C. - ARTICLE 3 -§3-501 (b) 2 (1). Under this code, I am entitled to have the instrument presented to me as you are required to upkeep the legal document entrusted to you.

Under USC Title 18 Chapter 25, you are engaging in counterfeiting and such behavior is a felony. Providing a photocopy of a security instrument is not only unconscionable but is illegal. I had asked for the visual inspection of the original promissory note, not a copy.

You did not provide any proof to sufficiently satisfying your claim under U.C.C. - ARTICLE 3 -§3-302 that you are a note holder in due course. Additionally,

You did not stipulate whether or not you were the holder in due course.

You did not stipulate whether this loan was securitized as required by law.

Therefore, you admit to the following:

**1) You admit that you are a servicer of the promissory note.**

2) You admit that the loan has been securitized.

3) You admit that you are not a real party of interest in this controversy.

4) You admit that you are a debt collector and not the original creditor.

Under the Federal Rules of Civil Procedure Rule 36, you are advised to notify me within 30 days should you wish to contest any of the above allegations with specific proof. Failure to do so means that you fully admit to all allegations as truth. These admissions will be used as evidence against you in any future controversy involving this matter.

Sincerely,


Allisha Ki Taylor and Yaman Taylor