IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALLISHA K. TAYLOR and YAMAN F. TAYLOR, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| NATIONSTAR MORTGAGE LLC, | : : | CIVIL ACTION NO. 1:15-cv-4403-AT |
| Defendant. | : : | |

## **ORDER**

Plaintiffs' appeal of this Court's Order dismissing their quiet title claims was recently dismissed for lack of jurisdiction. The Court therefore reactivates and **GRANTS** Defendant's unopposed Motion to Stay [Doc. 40]. In that Motion, Defendant sought to stay this matter pending the D.C. Circuit's decision in *ACA Int'l, et al. v. Federal Communications Commission*, Case No. 15-1211, which could have a significant impact on Plaintiffs' TCPA claims, which are the only claims that remain. Numerous other courts in this circuit have granted a stay in TCPA cases pending *ACA Int'l's* outcome. (Motion, Doc. 40 at 8-9.) Defendant is **DIRECTED** to file a motion to reopen this case within fifteen days after the D.C. Circuit has reached a decision in *ACA Int'l*. The Clerk is **DIRECTED** to terminate the submission of the Court's July 31, 2017 Order (Doc. 51).

**IT IS SO ORDERED** this 30th day of August, 2017.

_____
**Amy Totenberg
United States District Judge**