IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLISHA K. TAYLOR and YAMAN F. TAYLOR,<br><br>　　Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>) NO. 1:15-cv-04403-AT-LTW<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Defendant Nationstar Mortgage LLC, by and through undersigned counsel, and *pro se* Plaintiffs Allisha K. Taylor and Yaman F. Taylor (collectively, the "Parties") and hereby inform the Court that the Parties stipulate to the dismissal with prejudice of the sole claim pending before this Court for violations of the Telephone Consumer Protection Act ("TCPA").

The Clerk of Court can now terminate this case.

This 20th day of January, 2023.

　　　　　　　　　　　　　　　　　　/s/ Casondra R. Turner
　　　　　　　　　　　　　　　　　　Casondra R. Turner
　　　　　　　　　　　　　　　　　　Georgia Bar No. 418426
　　　　　　　　　　　　　　　　　　1230 Peachtree Street, NE
　　　　　　　　　　　　　　　　　　Suite 2100
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309-3534

This 21 day of DECEMBER 2022.

(404) 443-5708 (phone)
cturner@mcguirewoods.com
*Attorney for Defendant*
*Nationstar Mortgage LLC*

Allisha K. Taylor
7515 Garnet Drive
Jonesboro, GA 30236
*Pro se*

Yaman F. Taylor
7515 Garnet Drive
Jonesboro, GA 30236
*Pro se*

## CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned electronically filed the foregoing ***STIPULATION OF DISMISSAL WITH PREJUDICE*** with the Clerk of Court using the CM/ECF System and that I had served a true and correct copy of same on the undersigned individual(s) via U.S. Mail, postage prepaid, addressed to:

Yaman Taylor
7515 Garnet Drive
Jonesboro, GA 30236

Allisha Taylor
7515 Garnet Drive
Jonesboro, GA 30236

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 20th day of   January, 2023.

                                          **MCGUIREWOODS LLP**

                                        /s/ Casondra R. Turner
                                        Casondra R. Turner
                                        Georgia Bar No. 418426
                                        Attorneys for Defendant
                                        *Nationstar Mortgage LLC*

1230 Peachtree Street, NE
Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5708 (phone)
cturner@mcguirewoods.com